M. Andrew Stewart, TSB #24037554
*MULLIN HOARD & BROWN, LLP*
P.O. Box 2585
Lubbock, TX 79408-2585
Tel:    806-765-7491
Fax:    806-765-0553
astewart@mhba.com
www.mullinhoard.com
*Attorneys for CitizensBank*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **PERRYTON HOSPITALITY, INC.,** | § | Case No. 10-20167-RLJ-11 |
| | § | |
| **Debtor.** | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

TO:    The bankruptcy clerk, debtor, debtor's attorney, the U.S. Trustee, and all interested parties.

Please take notice that the undersigned law firm of Mullin Hoard & Brown, LLP represents the interest of CitizensBank in the captioned case and, as applicable, under the Federal Rules of Bankruptcy Procedure, here requests that all notices required in this case and all papers required to be served in this case be given to and served upon:

> **M. Andrew Stewart**
> **Mullin Hoard & Brown, LLP**
> **P.O. Box 2585**
> **Lubbock, TX 79408-2585**

Please take further notice that under 11 U.S.C. § 101 *et seq.*, as applicable, the foregoing request includes not only the notices and papers referred to in the applicable Federal Rules of Bankruptcy Procedure, but also includes, without limitation, notice of any application, complaint, demand, hearing, motion, petition, settlement, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed, by mail, hand delivery, telephone, facsimile, or otherwise filed by hand or CM/ECF electronically.

Dated: March 17, 2010
Amarillo, Texas

Respectfully Submitted,

***MULLIN HOARD & BROWN, LLP***
M. Andrew Stewart, SBN #24037554
P. O. Box 2585
Lubbock, TX 79408-2585
Tel:    806-765-7491
Fax:    806-765-0553
astewart@mhba.com
www.mullinhoard.com

By:    /s/    M. Andrew Stewart
M. Andrew Stewart
*Attorneys for CitizensBank*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was this 17th day of March 2010 served electronically on all appropriate parties through the court's CM/ECF filing system. In addition, on this day those parties not receiving documents electronically will be served by U.S. first class mail, postage prepaid.

/s/    M. Andrew Stewart
M. Andrew Stewart